IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST MICHAEL HARADJA, A PATROLMAN IN THE CITY OF CLIFTON.

*Mr. Abraham Miller* and *Mr. Gerald D. Miller* for the petitioner.

*Mr. Arthur J. Sullivan, Jr.* and *Mr. Frank A. Carlet* for the respondent.

October 15, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RICHARD OWENS, JR., DEFENDANT-PETITIONER.

*Mr. Irvin L. Solondz* and *Mr. Morton Stavis* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the respondent.

October 15, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BRUCE SOLOMINE, DEFENDANT-PETITIONER.

*Mr. Peter Murray, Mr. Richard Newman* and *Mr. John M. Cannel* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the respondent.

October 15, 1968. Denied.